IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIM. ACTION NO. 6:13CR3 |
| ARMANDO LAGUNAS OCAMPO | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of an ancillary forfeiture proceeding has been presented for consideration. The Report and Recommendation (docket no. 64) recommends that the Motion to Adopt Stipulation and Settlement Agreement (docket no. 61) be granted and that the Petition Claiming an Interest in Property (docket no. 38) be dismissed. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. It is accordingly

**ORDERED** that the parties' Motion to Adopt Stipulation and Settlement Agreement (docket no. 61) is **GRANTED** and the Petition Claiming an Interest in Property (docket no. 38) is **DISMISSED**.

**So ORDERED and SIGNED this 24th day of November, 2014.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE